A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Feb 18, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF R.I.
FEB 18

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 01, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-62)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 1,218 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 18, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                                   MDL No. 1842

### SCHEDULE CTO-62 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 09-2485 | Bernard Rabinovitz v. Davol, Inc., et al. | CA 10-3078 |
| ALN 2 09-2486 | Keanna Fraiser v. Davol, Inc., et al. | CA 10-3079 |
| ALN 2 09-2592 | Douglas H. Greer, et al. v. Davoll, Inc., et al. | CA 10-3080 |
| **ARKANSAS EASTERN** | | |
| ARE 4 10-7 | Laveta Larson v. Davol, Inc., et al. | CA 10-3081 |
| ARE 4 10-8 | Barbara Cline v. Davol, Inc., et al. | CA 10-3082 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 09-7029 | Gail Kornfield, et al. v. Davol, Inc., et al. | CA 10-3083 |
| CAC 5 09-1676 | Rita Hall v. Davol, Inc., et al. | CA 10-3084 |
| CAC 5 09-2257 | Margaret Lara Silva v. Davol, Inc., et al. | CA 10-3085 |
| CAC 8 09-1305 | Majid Kalhor, et al. v. Davol, Inc., et al. | CA 10-3086 |
| **CALIFORNIA EASTERN** | | |
| CAE 1 09-1570 | Deena Cedergren, et al. v. Davol, Inc., et al. | CA 10-3087 |
| CAE 2 09-2492 | Cindy Bartsch v. Davol, Inc., et al. | CA 10-3088 |
| CAE 2 09-2531 | Gary Sapeta v. Davol, Inc., et al. | CA 10-3089 |
| **FLORIDA MIDDLE** | | |
| FLM 2 09-829 | Wayne J. Smith v. Davol, Inc., et al. | CA 10-3090 |
| FLM 3 09-1188 | Ida Farano v. Davol, Inc. | CA 10-3091 |
| FLM 3 10-8 | Kathleen Kramer, et al. v. Davol, Inc., et al. | CA 10-3092 |
| FLM 8 09-2627 | Mary Zambanini v. Davol, Inc., et al. | CA 10-3093 |
| FLM 8 09-2629 | Wayne Worman v. Davol, Inc., et al. | CA 10-3094 |
| FLM 8 10-17 | Francis Merrigan v. Davol, Inc., et al. | CA 10-3095 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 09-61998 | Alicia L. Diaz v. Davol, Inc., et al. | CA 10-3096 |
| FLS 9 09-82372 | Diane Riley v. Davol, Inc., et al. | CA 10-3097 |
| FLS 9 09-82469 | Joyce Williams v. Davol, Inc., et al. | CA 10-3098 |
| **INDIANA SOUTHERN** | | |
| INS 3 09-183 | Malinda C. Lewis, et al. v. Davol, Inc., et al. | CA 10-3099 |

MDL No. 1842 - Schedule CTO-62 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **MINNESOTA** | | |
| MN  0  09-3221 | Rodney Erickson v. Davol, Inc., et al. | CA 10-3100 |
| MN  0  09-3224 | Gary Hall v. Davol, Inc., et al. | CA 10-3101 |
| MN  0  09-3325 | Barbara Kitson v. Davol, Inc., et al. | CA 10-3102 |
| MN  0  09-3326 | Jackie Madsen v. Davol, Inc., et al. | CA 10-3103 |
| MN  0  09-3334 | Barbara Miller v. Davol, Inc., et al. | CA 10-3104 |
| MN  0  09-3417 | Tracy Jones v. Davol, Inc., et al. | CA 10-3105 |
| MN  0  09-3418 | Rick Aurich v. Davol, Inc., et al. | CA 10-3106 |
| MN  0  09-3432 | Lonnie Fuller v. Davol, Inc., et al. | CA 10-3107 |
| MN  0  09-3469 | Dawn Wollin-Howarth v. Davol, Inc., et al. | CA 10-3108 |
| MN  0  09-3471 | Robert Florian v. Davol, Inc., et al. | CA 10-3109 |
| MN  0  09-3498 | Dorothy Wade v. Davol, Inc., et al. | CA 10-3110 |
| MN  0  09-3499 | Douglas Prezzano v. Davol, Inc., et al. | CA 10-3111 |
| MN  0  09-3500 | Shirley Wolf v. Davol, Inc., et al. | CA 10-3112 |
| MN  0  09-3501 | Jennifer Griffithe v. Davol, Inc., et al. | CA 10-3113 |
| MN  0  09-3502 | Ardel Williams v. Davol, Inc., et al. | CA 10-3114 |
| MN  0  09-3545 | Rita Hawn v. Davol, Inc., et al. | CA 10-3115 |
| MN  0  09-3598 | Betty Baker v. Davol, Inc., et al. | CA 10-3116 |
| MN  0  09-3638 | Patricia Dederer v. Davol, Inc., et al. | CA 10-3117 |
| MN  0  09-3670 | Yolanda Hatcher v. Davol, Inc., et al. | CA 10-3118 |
| MN  0  09-3687 | Daniel Kovacs v. Davol, Inc., et al. | CA 10-3119 |
| MN  0  09-3688 | Earline Chatagnier v. Davol, Inc., et al. | CA 10-3120 |
| MN  0  09-3689 | Thomas Butler v. Davol, Inc., et al. | CA 10-3121 |
| MN  0  09-3706 | Kathleen Caserta v. Davol, Inc., et al. | CA 10-3122 |
| MN  0  09-3723 | Donald Craven v. Davol, Inc., et al. | CA 10-3123 |
| MN  0  10-47 | Alan Sundem v. Davol, Inc., et al. | CA 10-3124 |
| MN  0  10-48 | Richard Jackson v. Davol, Inc., et al. | CA 10-3125 |
| MN  0  10-49 | Opal Esakov v. Davol, Inc., et al. | CA 10-3126 |
| MN  0  10-50 | Michael Keene v. Davol, Inc., et al. | CA 10-3127 |
| MN  0  10-51 | Darwin Dick v. Davol, Inc., et al. | CA 10-3128 |
| MN  0  10-52 | Brenda Ricketts v. Davol, Inc., et al. | CA 10-3129 |
| **MISSOURI WESTERN** | | |
| MOW 4  10-51 | Gladys Morrison v. Davol, Inc., et al. | CA 10-3130 |
| **NORTH CAROLINA EASTERN** | | |
| NCE 5  09-511 | Rose S. Louque, et al. v. Davol, Inc., et al. | CA 10-3131 |
| NCE 5  09-529 | Connie Scott, et al. v. Davol, Inc., et al. | CA 10-3132 |
| NCE 7  09-200 | William H. Fiedler, et al. v. Davol, Inc., et al. | CA 10-3133 |
| NCE 7  09-202 | James Clarence Jackson v. Davol, Inc., et al. | CA 10-3134 |

MDL No. 1842 - Schedule CTO-62 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **NORTH CAROLINA WESTERN** | | |
| NCW 1 09-433 | Donald R. Smith v. Davol, Inc., et al. | CA 10-3135 |
| NCW 3 09-518 | Earline E. Ervin-Hutchinson, et al. v. Davol, Inc., et al. | CA 10-3136 |
| NCW 5 09-130 | Ralph Lerch, et al. v. Davol, Inc., et al. | CA 10-3137 |
| **NEBRASKA** | | |
| NE 4 09-3242 | Marilyn J. Thomsen, et al. v. Davol, Inc., et al. | CA 10-3138 |
| NE 4 09-3250 | Janelle Nosal, et al. v. Davol, Inc., et al. | CA 10-3139 |
| **NEW YORK EASTERN** | | |
| NYE 1 09-5391 | Lisa Bowling v. Davol, Inc., et al. | CA 10-3140 |
| NYE 1 09-5392 | Justo Perez, et al. v. Davol, Inc., et al. | CA 10-3141 |
| NYE 1 09-5551 | Caren Ball v. Davol, Inc., et al. | CA 10-3142 |
| NYE 1 09-5552 | Bobby Stancil v. Davol, Inc., et al. | CA 10-3143 |
| NYE 1 09-5554 | Sandra Timmons, et al. v. Davol, Inc., et al. | CA 10-3144 |
| NYE 2 09-5390 | Carolann Fierst, et al. v. Davol, Inc., et al. | CA 10-3145 |
| **NEW YORK NORTHERN** | | |
| NYN 1 09-1113 | Mary Martin v. Davol, Inc., et al. | CA 10-3146 |
| **OHIO NORTHERN** | | |
| OHN 1 09-2784 | Mary Jane Meeks v. Davol, Inc., et al. | CA 10-3147 |
| **OHIO SOUTHERN** | | |
| OHS 2 09-1122 | Sheena Bowers v. Davol, Inc., et al. | CA 10-3148 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 3 09-316 | James L. Eirich, Sr., et al. v. Davol, Inc., et al. | CA 10-3149 |

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

PANEL SERVICE LIST (CTO-62)

Alejandro Alvarez
ALVAREZ LAW FIRM
355 Palermo Avenue
Coral Gables, FL 33134

Melanie M. Atha
CABANISS JOHNSTON GARDNER
 DUMAS & O'NEAL
2001 Park Place North, Suite 700
P.O. Box 830612
Birmingham, AL 35283-0612

Mark J. Blando
ECKLAND & BLANDO LLP
10 South 5th Street, Suite 1020
Minneapolis, MN 55402

Troy A. Brenes
LOPEZ MCHUGH LLP
100 Bayview Circle
Suite 5600, North Tower
Newport Beach, CA 92660

Michael K. Brown
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Christopher C. Cannon
LA FOLLETTE JOHNSON DE HAAS
 FESLER & AMES
2677 North Main Street, Suite 901
Santa Ana, CA 92701

Jon C. Conlin
CORY WATSON CROWDER & DEGARIS PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Ernest Cory
CORY WATSON CROWDER & DEGARIS PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35209

Jason B. Eshelman
ESHELMAN LEGAL GROUP
263 Portage Trail Extension W
Cuyahoga Falls, OH 44223

John Anderson Fagg, Jr.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28202-4003

Paul D. Fitzgerald
LAW OFFICES OF PAUL D FITZGERALD
200 North Maryland Avenue, Suite 303
Glendale, CA 91206

Leigh King Forstman
PITTMAN DUTTON KIRBY & HELLUMS PC
2001 Park Place North, Suite 1100
Birmingham, AL 35203

Daniel H. Friedman
FRIEDMAN LAW OFFICES
3800 Normal Blvd., Suite 200
Lincoln, NE 68506

Brenda S. Fulmer
SEARCY DENNEY SCAROLA
 BARNHART & SHIPLEY
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409

W. Lewis Garrison, Jr.
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
Birmingham, AL 35203

MDL No. 1842 - Panel Service List (CTO-62) (Continued)

Eric F. Gladbach
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Stephanie Hatzakos
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119

John P. Hooper
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Marshall Ray Hurley
MARSHALL HURLEY PLLC
Gateway Business Center
2400 Freeman Mill Road, Suite 200
Greensboro, NC 27406

Terry. S. Hyman
SCHMIDT KRAMER PC
209 State Street
Harrisburg, PA 17101

Gregory Lawing Jones
GREG JONES & ASSOCIATES PA
3015 Market Street
Wilmington, NC 28403

Douglass Alan Kreis
AYLSTOCK WITKIN KREIS
 & OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 32501

Phillip A. Kuri
ELK & ELK CO LTD
6105 Parkland Boulevard
Mayfield Heights, OH 44124-4100

Kimberly R. Lambert
LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street, Suite 400
Pensacola, FL 32502

Chris M. Limberopoulos
LIMBEROPOULOS LAW FIRM PA
400 North Ashley Drive, Suite 2150
Tampa, FL 33602

Michael A. London
DOUGLAS & LONDON PC
111 John Street, Suite 1400
New York, NY 10038

Ramon Rossi Lopez
LOPEZ MCHUGH LLP
North Tower
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Crawford S. McGivaren, Jr.
CABANISS JOHNSTON GARDNER
 DUMAS & O'NEAL
P.O. Box 830612
Birmingham, AL 35283-0612

Lucia J.W. McLaren
GOLDENBERG & JOHNSON PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903-7109

Derek H. Potts
POTTS LAW FIRM LLC
908 Broadway, 3rd Floor
Kansas City, MO 64108

**MDL No. 1842 - Panel Service List (CTO-62) (Continued)**

B. Kristian W. Rasmussen, III
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

Jonathan I. Rotstein
LAW OFFICES OF ROTSTEIN
 & SHIFFMAN LLP
309 Oakridge Blvd., Suite B
Daytona Beach, FL 32118

Michael E. Schmidt
SCHMIDT FIRM LLP
2911 Turtle Creek Boulevard, Suite 1400
Dallas, TX 75219

Mildred Y. Segura
REED SMITH
355 S Grand Avenue, Suite 2900
Los Angeles, CA 90071

Anthony Peter Strasius
WILSON ELSER MOSKOWITZ EDLEMAN
 & DICKER LLP
International Place
100 SE 2nd Street, Suite 3800
Miami, FL 33131

Michael F. Villeck
SANDERS SANDERS BLOCK WOYCIK
VIENER & GROSSMAN PC
100 Herricks Road
Mineola, NY 11501

David H. Williams
212 Center Street
Centre Place, 2nd Floor
Little Rock, AR 72201

William P. Woods
WOODS & WOODS
208 NW Fourth Street
Evansville, IN 47708

Anna M. Yakle
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

INVOLVED JUDGES LIST (CTO-62)

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Carol Bagley Amon
U.S. District Judge
908 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Brian M. Cogan
U.S. District Judge
United States District Court
717S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Robert J. Conrad, Jr.
Chief Judge, U.S. District Court
United States District Court
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Marcia G. Cooke
U.S. District Judge
U.S. District Court, Federal Courthouse Square
301 North Miami Avenue, 6th Floor
Miami, FL 33128

Hon. Virginia Maria Hernandez Covington
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue, Suite 1058
Tampa, FL 33206

Hon. Michael James Davis
Chief Judge, U.S. District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Raymond J. Dearie
Chief Judge, U.S. District Court
912 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. James C. Dever, III
U.S. District Judge
U.S. District Court
716 Terry Sanford Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1418

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Morrison C. England, Jr.
U.S. District Judge
United States District Court
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

~~Hon. Dale S. Fischer~~
~~U.S. District Judge~~
~~830 Edward R. Roybal Federal Building~~
~~& Courthouse~~
~~255 East Temple Street~~
~~Los Angeles, CA 90012-3332~~

**MDL No. 1842 - Involved Judges List (CTO-62) (Continued)**

Hon. James C. Fox
Senior U.S. District Judge
U.S. District Court
P.O. Box 2143
Wilmington, NC 28402-2143

Hon. Donovan W. Frank
U.S. District Judge
724 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Nicholas G. Garaufis
U.S. District Judge
1426 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Kim R. Gibson
U.S. District Judge
U.S. District Court
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Hon. I. Leo Glasser
Senior U.S. District Judge
921 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Andrew J. Guilford
U.S. District Judge
10D Ronald Reagan Federal Building
 & United States Courthouse
411 West Fourth Street
Santa Ana, CA 92701

Hon. John D. Holschuh
Senior U.S. District Judge
109 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Charlene E. Honeywell
U.S. District Judge
United States Courthouse and Federal Building
2110 First Street, Room 6-186
Fort Myers, FL 33901

Hon. Malcolm J. Howard
Senior U.S. District Judge
P.O. Box 5006
Federal Building, Room 306
Greenville, NC 27835

Hon. Daniel T.K. Hurley
Senior U.S. District Judge
352 Paul G. Rogers Federal Building
 & U.S. Courthouse
701 Clematis Street
W. Palm Beach, FL 33401

Hon. Richard G. Kopf
U.S. District Judge
586 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Richard H. Kyle
Senior U.S. District Judge
772 Warren E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
734 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Kenneth A. Marra
U.S. District Judge
Paul G. Rogers Federal Building
 & U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Hon. Howell W. Melton
U.S. District Judge
300 N. Hogan Street, Suite 11-300
Jacksonville, FL 32202

Hon. Brian S. Miller
U.S. District Judge
D258 Richard Sheppard Arnold U.S. Courthouse
500 West Capitol Avenue
Little Rock, AR 72201

**MDL No. 1842 - Involved Judges List (CTO-62) (Continued)**

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James Maxwell Moody
Senior U.S. District Judge
U.S. District Court
500 West Capitol Avenue, Room C446
Little Rock, AR 72201

Hon. Norman A. Mordue
Chief Judge, U.S. District Court
P.O. Box 7336
Syracuse, NY 13261

Hon. Solomon Oliver, Jr.
U.S. District Judge
17A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Virginia A. Phillips
U.S. District Judge
George E. Brown, Jr. United States Courthouse
3470 Twelfth Street, 2nd Floor
Riverside, CA 92501-3801

Hon. T. Michael Putnam
U.S. Magistrate Judge
361Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Martin Reidinger
U.S. District Judge
U.S. Courthouse
100 Otis Street, Suite 110
Asheville, NC 28801-2611

Hon. James M. Rosenbaum
Senior U.S. District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
774 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Arthur D. Spatt
Senior U.S. District Judge
United States District Court
P.O. Box 9014
Central Islip, NY 11722-9014

Hon. Richard L. Voorhees
U.S. District Judge
250 Charles Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Oliver W. Wanger
Senior U.S. District Judge
7801 Robert E. Coyle U.S. Courthouse
2500 Tulare Street
Fresno, CA 93721

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street, 8th Floor
Kansas City, MO 64106

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Boulevard
Evansville, IN 47708

Page 1 of 2

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                          MDL No. 1842

**INVOLVED CLERKS LIST (CTO-62)**

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Terri Nafisi, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Terry Nafisi, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Terry Nafisi, Clerk
Ronald Reagan Federal Building
 & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Victoria Minor, Clerk
5000 U.S. Courthouse
1130 O Street
Fresno, CA 93721

Victoria Minor, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street, Suite 9-150
Jacksonville, FL 32202-4271

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Steven Larimore, Clerk
Paul G. Rogers Federal Building & Courthouse
701 Clematis Street, 2nd Floor
West Palm Beach, FL 33401

Laura A. Briggs, Clerk
304 Federal Building
101 N.W. Martin Luther King Boulevard
Evansville, IN 47708

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Ann Thompson, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Dennis P. Iavarone, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

**MDL No. 1842 - Involved Clerks List (CTO-62) (Continued)**

Dennis P. Iavarone, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Frank G. Johns, Clerk
U.S. District Court
200 West Broad Street, Room 100
Statesville, NC 28677

Denise Lucks, Clerk
U.S. District Court
Denney Federal Building & U.S. Courthouse
100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Lawrence K. Baerman, Clerk
345 James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Robert V. Barth, Jr., Clerk
U.S. District Court
208 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901